UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re:
ANTHONY D ALBERTIE and
LASHAWN M ALBERTIE
            Debtors    /

3:16-bk-04615-JAF
Chapter 13

**TRUSTEE'S NOTICE OF INTENT NOT TO MAKE FURTHER DISBURSEMENTS TO CLAIM FILED BY DUVAL COUNTY TAX COLLECTOR ( CLAIM NUMBER 10)**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

If you object to the relief requested in this paper you must file a response with the Clerk of Court at 300 North Hogan Street, Suite 3-150, Jacksonville, Florida 32202 and mail a copy to the moving party at Douglas W. Neway, Chapter 13 Trustee, P.O. Box 4308, Jacksonville, Florida 32201-4308 within 21 days from the date of the attached proof of service, plus an additional three days if this paper was served on any party by U.S. Mail.

If you file and serve a response within the time permitted, the Court will either notify you of a hearing date or the Court will consider the response and grant or deny the relief requested in this paper without a hearing. If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and the Court may grant or deny the relief requested without further notice or hearing.

You should read these papers carefully and discuss them with your attorney if you have one. If the paper is an objection to your claim in this bankruptcy case, your claim may be reduced, modified, or eliminated if you do not timely file and serve a response.

    COMES NOW Douglas W. Neway, Chapter 13 Standing Trustee and files this Notice of Intent Not to Make Further Disbursements on Claim number 10 as follows:

    1. Pursuant to the Order Confirming Chapter 13 Plan entered on September 28, 2017, DUVAL COUNTY TAX COLLECTOR was to be paid over the life of the Debtors' 60 month plan.

    2. To date, the Trustee has disbursed a total sum of $3,549.07 to the above named creditor relative to Claim number 10 in this case.

    3. By correspondence dated May 19, 2021, the above named creditor advised the Trustee that it had received full redemption of this claim and a check or checks were returned by the above named creditor to the Trustee.

4. The Trustee hereby gives notice to the Debtors that since Claim 10 is paid in this case, the Trustee will no longer disburse to Claim 10. Instead, the Trustee will disburse those monies earmarked in the Confirmed Plan for Claim 10 to the other claims in this case. Should the Debtors desire to modify the Order Confirming Chapter 13 Plan so as to designate with specificity the claims to which the additional funds should be directed, a Motion to Modify the Order Confirming the Chapter 13 Plan should be filed immediately.

5. If within 21 days of the date of this Notice, no action is taken by the Debtors, the claim will be deemed withdrawn and any funds earmarked for payment on this claim will be disbursed to the unsecured class on a pro rata basis.

6. Unless a timely objection is filed, this Notice is deemed a modification of the confirmed plan pursuant to 11 U.S.C. Section 1329.

Respectfully submitted on June 29, 2021.

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, Trustee
Florida Bar No. 709948
Post Office Box 4308
Jacksonville, Florida 32201-4308
Phone: (904) 358-6465
Fax: (904) 634-0038

**CERTIFICATE OF SERVICE**

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimilie transmission, and/or U. S. Mail on June 29, 2021 on all interested parties.

/s/ Douglas W. Neway
DOUGLAS W. NEWAY, TRUSTEE

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-3<br>Case 3:16-bk-04615-JAF<br>Middle District of Florida<br>Jacksonville<br>Tue Jun 29 11:11:52 EDT 2021 | Anthony D Albertie<br>321 W. 60th Street<br>Jacksonville, FL 32208-4507 | LaShawn M. Albertie<br>321 W. 60th Street<br>Jacksonville, FL 32208-4507 |
| Ciras, LLC<br>c/o Richard B. Storfer<br>Rice Pugatch Robinson & Schiler, P.A.<br>101 Northeast 3rd Avenue<br>Suite 1800<br>Ft. Lauderdale, FL 33301-1252 | Duval County Tax Collector<br>Office of General Counsel<br>c/o Wendy Mummaw<br>117 West Duval Street<br>Suite 480<br>Jacksonville, FL 32202-3734 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Woll<br>PO BOX 141419<br>Irving, Tx 75014-1419 |
| PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | Tempoe, LLC, d/b/a WhyNotLeaseIt<br>720 E Pete Rose Way<br>Suite 400<br>Cincinnati, Oh 45202-3576 | Advanced America<br>4347 University Blvd S #6<br>Jacksonville, FL 32216-4966 |
| Alliance One<br>P.O. Box 3100<br>Southeastern, PA 19398-3100 | Buddy's Home Furnishings<br>5201 Norwood Avenue<br>Jacksonville, FL 32208-5004 | CBCS<br>P.O. Box 2589<br>Columbus, OH 43216-2589 |
| Capital One<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank USA NA<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Cash Advance<br>1124 Dunn Avenue<br>Jacksonville, FL 32218-4832 |
| Chrysler Capital -<br>P.O. Box 961278<br>Fort Worth, TX 76161-0278 | Chrysler Capital<br>PO Box 961275<br>Fort Worth, TX 76161-0275 | Ciras, LLC -<br>c/o Kevin W. Harper Investments, Inc<br>3000 Smoot Road , Suite A<br>Smoot, WV 24977-9602 |
| Circas, LLC<br>3000 Smoot Road<br>Smoot, WV 24977-9602 | City of Jacksonville<br>117 West Duval Street Ste. 480<br>Jacksonville, FL 32202-5721 | Comcast<br>P.O. Box 530099<br>Atlanta, GA 30353-0099 |
| Credit Coll<br>PO Box 9134<br>Needham Heights, MA 02494-9134 | Credit Solutions LLC<br>2277 Thunderstick Drive<br>Lexington, KY 40505-4878 | Duval County Tax Collector -<br>231 E. Forsyth Street<br>Room 130<br>Jacksonville, FL 32202-3380 |
| Duval County Tax Collector<br>231 Forsyth St. #130<br>Jacksonville FL 32202-3380 | (p)FIFTH THIRD BANK<br>MD# ROPS05 BANKRUPTCY DEPT<br>1850 EAST PARIS SE<br>GRAND RAPIDS MI 49546-6253 | Florida Dept. of Revenue<br>Bankruptcy Unit<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| Fortiva<br>PO Box 105555<br>Atlanta, GA 30348-5555 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| Kevin W. Harper Investments<br>3000 Smoot Road, Suite A<br>Smoot, WV 24977-9602 | La Estancia Apartments<br>5141 Shenandoah Avenue<br>Unit 25<br>Jacksonville, FL 32254-1450 | Mayo Clinic<br>4500 San Pablo Rd,. S<br>Jacksonville, FL 32224-3899 |
| Navy Federal Credit Union -<br>Attention:  Bankruptcy<br>Po Box 3000<br>Merrifield, VA 22119-3000 | Navy Federal Credit Union -<br>PO Box 3000<br>Merrifield, VA 22119-3000 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)PROFESSIONAL DEBT MEDIATION<br>7948 BAYMEADOWS WAY<br>2ND FLOOR<br>JACKSONVILLE FL 32256-8539 | Progressive Insurance<br>6300 Wilson Mills Road<br>Cleveland, OH 44143-2182 | Quantum3 Group LLC<br>for Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Quantum3 Group LLC as agent for -<br>Sadino Funding LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SANTANDER CONSUMER USA, INC.<br>P.O. BOX 560284<br>DALLAS, TX 75356-0284 | Santander Consumer USA<br>P O Box 961245<br>Fort Worth, TX 76161-0244 |
| Suntrust Bank<br>Po Box 85052<br>Richmond, VA 23285-5052 | (p)TEMPOE  LLC DBA WHY NOT LEASE IT<br>ATTN BOB HOLWADEL<br>720 EAST PETE ROSE WAY SUITE 400<br>CINCINNATI OH 45202-3576 | The Dentist Place<br>1695 Wells Road<br>Orange Park, FL 32073-6208 |
| United States Attorney<br>300 North Hogan St Suite 700<br>Jacksonville, FL 32202-4204 | Wells Fargo Bank<br>PO Box 45092<br>Jacksonville, FL 32232-5092 | Marsha M Brown +<br>Douglas W. Neway, Chapter 13 Trustee<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 |
| T. Eileen Dolaghan +<br>Dolaghan Law, P.A.<br>P.O. Box 41125<br>Jacksonville, FL 32203-1125 | United States Trustee - JAX 13/7 7 +<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Richard B Storfer +<br>Rice Pagatch Robinson & Schiller, P.A.<br>101 N.E. Third Avenue, Ste. 1800<br>Fort Lauderdale, FL 33301-1252 |
| Douglas W Neway +<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | John J Freeman Jr. +<br>Douglas W. Neway, Chapter 13 Trustee<br>Post Office Box 4308<br>Jacksonville, FL 32201-4308 | Wendy L Mummaw +<br>Office of General Counsel<br>117 West Duval Street<br>Jacksonville, FL 32202-3734 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Fifth Third Bank<br>38 Fountain Square Plaza<br>Cincinnati, OH  45263 | Internal Revenue Service -<br>400 W Bay Street, #35045<br>Jacksonville, FL 32202 | Portfolio Recovery Associates, LLC -<br>POB 41067<br>Norfolk, VA 23541 |

| | | |
|---|---|---|
| Professional Debt<br>7948 Baymeadows Way<br>Jacksonville, FL 32256-9000 | Tempoe LLC<br>720 E Pete Rose Way<br>Suite 400<br>Cincinnati Oh 45202 | (d)Why Not Lease It -<br>1750 Elm Street #1200<br>Manchester, NH 03104 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Jerry A. Funk<br>Jacksonville | (d)PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wo<br>PO BOX 141419<br>Irving, Tx 75014-1419 | (u)Note: Entries with a '+' at the end of the name have an email address on file in CMECF<br>-------------------------------------------<br>Note: Entries with a '-' at the end of the name have filed a claim in this case |

End of Label Matrix
Mailable recipients    53
Bypassed recipients     3
Total                  56